IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:13-123 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| RAVI PATEL | ) | 28 U.S.C. § 2461(c) |
|  | ) | |
| | ) | **INDICTMENT (UNDER SEAL)** |

RECEIVED USDC CLERK, GREENVILLE, SC
2013 FEB 12 P 4:33

## COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the grand jury, but beginning at least as early as 2011, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, RAVI PATEL; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and with others, both known and unknown to the grand

jury, to knowingly, intentionally and unlawfully distribute and possess with intent to distribute:

(A) a mixture or substance containing a detectable amount of Methoxetamine, JWH-122, JWH-210, JWH-081, 2-Pyrrolidinovalerophenone Hyrodrochloride, alpha-Pyrrolidinopentiophenone ("a-PVP"), N-Ethylcathinone, 4-Methyl-N-Ethylcathinone, Pentedrone, AM-2201, 5-Methoxy-N, N-diallytryptamine, and RCS-4, all Schedule I controlled substance analogues as defined in 21 U.S.C. § 802(32), knowing that said substances were intended for human consumption as provided in 21 U.S.C. § 813, said conspiracy involving quantities of Methoxetamine, JWH-122, JWH-210, JWH-081, 2-Pyrrolidinovalerophenone Hyrodrochloride, alpha-Pyrrolidinopentiophenone ("a-PVP"), N-Ethylcathinone, 4-Methyl-N-Ethylcathinone, Pentedrone, AM-2201, 5-Methoxy-N, N-diallytryptamine, and RCS-4, in violation of Title 21, United States Code, Sections 841(a)(1); 802(32); 813; 841(b)(1)(C); and

(B) a mixture or substance containing a detectable amount of Methylenedioxy Pyrovalerone ("MDPV"), N-Ethylamphetamine, and JWH-073, Schedule I controlled substances, said conspiracy involving a quantity of Methylenedioxy Pyrovalerone ("MDPV"), N-Ethylamphetamine, and JWH-073; in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

# FORFEITURE

1. DRUG CONSPIRACY:

Upon conviction for one or more violations of Title 21 as charged in this Indictment, the Defendants, RAVI PATEL;  shall forfeit to the United States, pursuant to 21 United States Code, Section 853 and 881(a)(6), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violations, and any property traceable to such property.

The property subject to forfeiture includes, but is not limited to, the following:

    A.     Proceeds/Money Judgment:

    1.     A sum of money that the Defendants obtained, directly or indirectly, as the result of their violations of 21 U.S.C. § 846, and all proceeds traceable thereto, for which the Defendants are jointly and severely liable.

    B.     Funds from Bank Accounts/Currency:

1. Wells Fargo, account # xxxxxxxxx0416, in the name of: Ravi Patel
2. Wells Fargo/Wachovia, account # xxxxxxxxx2164, in the name of:
3. Wells Fargo, account # xxxxxx1198, in the name of:
4. Wachovia/Wells Fargo, account # xxxxxxxxx2023, in the name of:
5. Wachovia/Wells Fargo, account # xxxxxxxxx2298, in the name of:
6. Wachovia/Wells Fargo, account # xxxxxxxxx2133, in the name of:
7. Wachovia/Wells Fargo, account # xxxxxxxxx8440, in the name of:
8. Wachovia/Wells Fargo, account # xxxxxxxxx2146, in the name of:

        ■■■■■■ Ravi Patel
9.      Wachovia/Wells Fargo, account # xxxxxxxxx3075, in the name of: ■■■■■■

10.     Oversea Chinese Banking OCBCSGSG/OCBC Singapore, account # xxxxxxxx3301, in the name of: ■■■■■■

C.      Vehicles:
1.      White 2003 GMC Savana Van, VIN:1GTFH25T531125012
       Titled in the name of Ravi Patel

2.      White 2007 Cadillac Escalade Truck, VIN:3GYFK628X7G307427
       Titled in the Name of Ravi Patel

D.      Business Interests:
Any and all right, title and interest of the Defendants, in and to business or partnership assets and corporate interests held in the name(s) of the following entities, including but not limited to, all monies, claims, interests and accounts receivable payable to or received by the following entities:

1. ■■■■■■
2. ■■■■■■
3. ■■■■■■

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants-

(1)     Cannot be located upon the exercise of due diligence;
(2)     Has been transferred or sold to, or deposited with, a third person;
(3)     Has been placed beyond the jurisdiction of the court;
(4)     Has been substantially diminished in value; or
(5)     Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendants up to the value of the forfeitable property;

Pursuant to Title 21, United States Code, Sections 881 and 853, and Title 28, United States Code, Section 2461(c).

A <u>True</u> BILL

[signature]

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

<u>REDACTED</u>

FOREPERSON